## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10028-STA |
| STEPHEN THOMPSON, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on December 7, 2018, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Stephen Thompson, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 8 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, MARCH 1, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 7th day of December, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT